IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-cv-59-BO

| | | |
|---|---|---|
| ROBERT DOCKERY, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ARMY AIRFORCE EXCHANGE )<br>SERVICE, )<br>    Defendant. ) | | O R D E R |

This cause comes before the Court *sua sponte* because of plaintiff's failure to respond to the Court's previous order. On February 21, 2020, the Court directed plaintiff to cure numerous deficiencies in his filings within fourteen days. [DE 3]. Plaintiff has not responded.

Rule 41(b) of the Federal Rules of Civil Procedure authorizes the Court to dismiss an action with prejudice for failure to prosecute, as the power to do so "has generally been considered an inherent power, governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (quotation omitted). As plaintiff has failed to prosecute this action or demonstrate good cause for his failure to do so, plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this __18__ day of April, 2020.

                                                              */s/ Terrence Boyle*
                                                               TERRENCE W. BOYLE
                                                               CHIEF UNITED STATES DISTRICT JUDGE